NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOTOLO/KING JOINT VENTURE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5037, -5167

---

Appeals from the United States Court of Federal Claims in case no. 09-CV-104, Judge Christine O.C. Miller.

---

**ON MOTION**

---

Before SCHALL, *Circuit Judge.*

## ORDER

Upon consideration of the appellant's unopposed motion to consolidate the two above-captioned appeals, and to permit the filing of a supplemental opening brief by the appellant,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The appellant may file a supplemental opening brief addressing only its arguments in appeal 2010-5167. That brief should not exceed 6,151 words and is due within 30 days of the date of filing of this order. Following that, all briefing is consolidated, and the United States' brief addressing both appeals is due within 40 days of the date of service of the appellant's supplemental opening brief.

FOR THE COURT

OCT 2 9 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James Edward Krause, Esq.
     John S. Groat, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 9 2010

JAN HORBALY
CLERK